The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>NHU-MAI THI HUYNH,<br><br>Defendant/Judgment Debtor,<br><br>and<br><br>COSTCO WHOLESALE,<br><br>Garnishee. | NO. 2:18-MC-00064-RSL<br><br>(2:99-CR-00177-RSL-1)<br><br>[Proposed] Continuing Garnishee Order |

A Writ of Continuing Garnishment, directed to Garnishee, Costco Wholesale, has been duly issued and served upon the Garnishee. Pursuant to the Writ, Garnishee Costco Wholesale filed its Answer on August 28, 2018, stating that at the time of the service of the Writ, Defendant/Judgment Debtor Nhu-Mai Thi Huynh was an active employee who was paid bi-weekly.

//

//

[PROPOSED] CONTINUING GARNISHEE ORDER (*USA v. Nhu-Mai Thi Huynh & Costco Wholesale*, Court Nos. 2:18-MC-00064-RSL & 2:99-CR-00177-RSL-1) - 1

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970

After notification of the garnishment proceeding was mailed to the parties on or about June 14, 2018, Ms. Huynh has not requested a hearing to determine exempt property as of this date.

IT IS THEREFORE ORDERED as follows:

That the Garnishee, Costco Wholesale, shall pay to the United States District Court for the Western District of Washington, the non-exempt earnings payable to Defendant/Judgment Debtor Nhu-Mai Thi Huynh, upon each period of time when Defendant/Judgment Debtor Huynh is entitled to receive such funds, and shall continue said payments, if any, until Defendant/Judgment Debtor Huynh's debt is paid in full; or until Defendant/Judgment Debtor is no longer an active employee of Garnishee and the Garnishee no longer has possession, custody, or control of any funds due and owing to the Defendant/Judgment Debtor; or until further order of this Court. This includes all monies required to be previously withheld by the Garnishee, in accordance with the Writ of Continuing Garnishment;

That such payment shall be applied to Defendant/Judgment Debtor Huynh's outstanding restitution obligation, by the United States District Court for the Western District of Washington; and

That the payment shall be made out to the United States District Court, Western District of Washington, referencing Case Nos. 2:99-cr-00177-RSL-1 and 2:18-MC-00064-RSL, and to deliver such payment either personally or by First Class Mail to:

//

[PROPOSED] CONTINUING GARNISHEE ORDER (*USA v. Nhu-Mai Thi Huynh & Costco Wholesale*, Court Nos. 2:18-MC-00064-RSL & 2:99-CR-00177-RSL-1) - 2

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970

United States District Court, Western District of Washington
Attn: Financial Clerk – Lobby Level
700 Stewart Street
Seattle, Washington 98101

DATED this 24th day of October, 2018.

*signature*
ROBERT S. LASNIK
United States District Court Judge

Presented by:

s/ Kerry J. Keefe
KERRY J. KEEFE, WSBA # 17204
Assistant United States Attorney

[PROPOSED] CONTINUING GARNISHEE ORDER (*USA v. Nhu-Mai Thi Huynh & Costco Wholesale*, Court Nos. 2:18-MC-00064-RSL & 2:99-CR-00177-RSL-1) - 3

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970