**The Honorable Robert S. Lasnik**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>NHU-MAI THI HUYNH,<br><br>     Defendant/Judgment Debtor,<br><br>     and<br><br>COSTCO WHOLESALE,<br><br>          Garnishee. | NO.  2:18-MC-00064-RSL<br><br>(2:99-CR-00177-RSL-1)<br><br><br>**Order to Disburse Funds to Defendant** |

Plaintiff United States of America (United States) has moved for an order directing the Clerk of Court to disburse $14,225.37 currently in the Clerk's possession, to Defendant/Judgment Debtor Nhu-Mai Thi Huynh (Defendant).  These funds were collected via this garnishment after Defendant's liability to pay restitution in Case No. 2:99-CR-00177-RSL-1 expired on April 28, 2020.  *See* 18 U.S.C. § 3613(b).  Accordingly, the funds should be returned to the Defendant.

ORDER TO DISBURSE FUNDS TO DEFENDANT
(*US v. Nhu-Mai Thi Huynh,* No. 2:18-MC-00064-RSL/
2:99-CR-0177-RSL-1)

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970

The Clerk is authorized and directed to draw a check on the funds deposited with the Clerk of Court in the amount of $14,225.37, payable to Nhu-Mai Thi Huynh and mail or deliver the check to Nhu-Mai Thi Huynh, at her current address, which the U.S. Attorney's Office shall supply to the Clerk.

DATED this 22nd day of November, 2021.

*[signature]*
Robert S. Lasnik
United States District Judge

Presented by:

*s/ Kyle A. Forsyth*
KYLE A. FORSYTH, WSBA #34609
Assistant United States Attorney

(*US v. Nhu-Mai Thi Huynh,* No. 2:18-MC-00064-RSL/
2:99-CR-0177-RSL-1)

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970